# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                      No. 4:13CR00268-01 JLH

MAXWELL VICTOR MASON                                                                     DEFENDANT

## ORDER

Pending before the Court is the government's motion for continuance of the sentencing hearing currently set for Thursday, June 4, 2015. The motion is GRANTED. Document #204.

The sentencing hearing for defendant Maxwell Victor Mason is hereby rescheduled for **FRIDAY, JUNE 5, 2015, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 26th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE